IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT COELLO, et al | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:25-CV-764 |
| | § | |
| PAUL M. DAVIS, et al | § | SUMMONS |
| | § | JUDGE: MAZZANT |
| Defendants. | § | |

## SUMMONS IN CIVIL ACTION

To:

JAMES RYAN BARBER
32 EAGLES NEST
HARRISON ARKANSAS 72601

A lawsuit has been filed against you.

Within 21 days after service of this summons (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

ROBERT AND AMY COELLO
101 KEYSTONE COURT
DOTHAN, ALABAMA 36305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date:  __1/20/2026_____

Clerk of the Court

_David A. O'Toole_

_____
Signature of Clerk or Deputy Clerk