| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Coello and Amy Coello | 4:25-cv-00764-ALM-BD |
| DEFENDANT | TYPE OF PROCESS |
| Paul M. Davis, et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PAUL M. DAVIS &amp; ASSOCIATES, P.C., a Texas Professional Corporation;

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6932 Main St, Frisco, TX 75034

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Courthouse
7940 Preston Rd.
Plano, TX 75024

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
CLC
TELEPHONE NUMBER: 1
DATE: 10/24/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 78 | No. 78 | Danielle Oliver | 10-24-25 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 1/16/26
Time: 1522 [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Spoke with Kevin Davis, office worker, regarding the location of this individual/corporation and he stated this was not the correct name or address of the individual/company listed.

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| AMY COELLO and ROBERT COELLO,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PAUL M. DAVIS &amp; ASSOCIATES, P.C., j a Texas Professional Corporation;<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:25-cv-00764 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAUL M. DAVIS &amp; ASSOCIATES, P.C.,
a Texas Professional Corporation;
6932 Main St, Frisco, TX 75034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert and Amy Coello
101 Keystone Ct
Dothan, AL. 36503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/24/2025

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00764

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Paul M. Davis & ASSOCIATES**
was received by me on *(date)* **1/14/26**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **65** for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **1/16/26**

*Server's signature*

**DVSM Seth Howlett**
*Printed name and title*

**7940 Preston Rd Plano, TX 75024**
*Server's address*

Additional information regarding attempted service, etc: